## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **United States of America**, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No: 23cr169 |
| | ) | |
| v. | ) | Magistrate Judge: Jeffrey Cummings |
| | ) | |
| **Eldar Mata,** | ) | |
| | ) | |
| Defendant(s), | ) | |

## ORDER

Arrest warrant issued to the U.S. Marshal and Any Authorized Agent as to defendant Eldar Mata.

Date: 3/24/2023

/s/ Jeffrey Cummings
United States Magistrate Judge