UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO.: 23-CR-169

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

ELDAR MATA,

    Defendant.
_____/

**ORDER MODIFYING SPECIAL CONDITIONS OF APPEARANCE BONDS**

THIS CAUSE having come to be heard on the defendant's Unopposed Motion to Modify Conditions of Appearance Bond and the Court being fully advised in this matter, it is hereby:

ORDERED AND ADJUDGED that said motion is hereby granted and that special conditions of electronic monitoring and curfew are removed from the appearance bond in the above styled case.

It is FURTHER ORDERED AND ADJUDGED that all other terms and conditions of the appearance bonds shall remain in full force and effect.

DONE AND ORDERED at Chicago, Illinois this 3rd day of May 2023.

                                                  _____
                                                  Jeffrey I. Cummings
                                                  UNITED STATES MAGISTRATE JUDGE
                                                  NORTHERN DISTRICT OF ILLINOIS