FILED
AUG 17 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Aug 17, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELDAR MATA,<br>JAMES BAKER, and<br>LUIS GONZALEZ LOPEZ | Case No. 23 CR 169<br><br>Violation: Title 18, United States Code, Section 1960(a)<br><br>**INDICTMENT**<br><br>1:23-cr-00169<br>Judge Sharon Johnson Coleman<br>Magistrate Judge Jeffrey Cummings |

The SPECIAL JANUARY 2023 GRAND JURY charges:

Beginning no later than in or about February 2019, and continuing until at least in or about December 2020, in the Northern District of Illinois, Eastern Division, and elsewhere,

ELDAR MATA,
JAMES BAKER, and
LUIS GONZALEZ LOPEZ,

defendants herein, did knowingly conduct, control, manage, supervise, direct, and own all or part of an unlicensed money transmitting business affecting interstate and foreign commerce, while failing to comply with the money transmitting business registration requirements under Section 5330 of Title 31, United States Code, and regulations prescribed under such section;

In violation of Title 18, United States Code, Sections 1960(a) and 2.

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2023 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 1960(a), as set forth in this Indictment, the defendants shall forfeit to the United States of America any property involved in such offense, and any property traceable to such property, as provided in Title 18, United States Code, Section 982(a)(1).

2. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided by Title 21, United States, Code Section 853(p) and Title 18, United States Code, Section 982(b)(2).

A TRUE BILL:

_____
FOREPERSON

_____
Erika L. Csicsila on behalf of the
ACTING UNITED STATES ATTORNEY

2