Cat. 2



1:23-cr-00169
Judge Sharon Johnson Coleman
Magistrate Judge Jeffrey Cummings

**FELONY**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1. Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a Magistrate Judge? **Yes**

   1a. If the answer is "Yes," list the case number and title of the earliest filed complaint: **U.S. v. Eldar Mata, et al., 23-CR-00169 (Magistrate Judge Cummings)**

   1b. Should this indictment or information receive a new case number from the court? **No**

2. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **No**

   2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3. Is this a re-filing of a previously dismissed indictment or information? **No**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5. Is this a transfer of probation supervision from another district to this District? **No**

6. What level of offense is this indictment or information? **Felony**

7. Does this indictment or information involve eight or more defendants? **No**

8. Does this indictment or information include a conspiracy count? **Yes**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **III**

10. List the statute of each of the offenses charged in the indictment or information.
    **Title 18, United States Code, Sections 1960(a) and 2**

/s/ Andrew C. Erskine
ANDREW C. ERSKINE
Assistant United States Attorney