Order Form 01/2005

19 GJ 1189

# United States District Court, Northern District of Illinois

| Name of Assigned Judge Or Magistrate Judge | | Sitting Judge if other than Assigned Judge | GABRIEL A. FUENTES |
|---|---|---|---|
| CASE NUMBER | 23-CR-00169 | DATE | August 17, 2023 |
| CASE TITLE | U.S. v. ELDAR MATA, et al | | |

1:23-cr-00169
Judge Sharon Johnson Coleman
Magistrate Judge Jeffrey Cummings

DOCKET ENTRY TEXT

## Grand Jury Proceeding

The Grand Jury for the SPECIAL JANUARY 2023 Session, a quorum being present, returns the above entitled Indictment in open Court this date before Judge or Magistrate Judge

BOND PREVIOUSLY SET BY MAGISTRATE JUDGE TO STAND IN THIS INSTANCE AS TO ELDAR MATA AND JAMES BAKER

BOND TO BE DETERMINED AT ARRAIGNMENT AS TO LUIS GONZALEZ LOPEZ.

SIGNATURE OF JUDGE _____
OR MAGISTRATE JUDGE  (ONLY IF FILED UNDER SEAL)

Courtroom Deputy Initials: 

FILED
AUG 17 2023 
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Page 1 of 1