UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
CASE NO.: 23-CR-169 COLEMAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ELDAR MATA,

    Defendant.
_____/

**UNOPPOSED MOTION TO CONTINUE/RESET STATUS HEARING**

The defendant, ELDAR MATA, by and through his undersigned attorney, moves this Honorable Court to enter its order continuing or resetting the December 8, 2023, status hearing and as grounds states the following:

1. An in-person status hearing is scheduled for December 8, 2023, at 9:00A.M.

2. At the time that said hearing was set, in open court, undersigned counsel failed to inform the Court that he had a family holiday event with his daughter and grand- children on the evening of December 7, 2023.

3. The defendant would like to attend said holiday event with his grandchildren and daughter, if possible.

4. Undersigned counsel is available for the in-person status hearing earlier in the week on December 4, 5, or any day in the following week of December 11, 2023.

5. Undersigned counsel has conferred with AUSA Andrew C. Erskine who does not oppose this request.

WHERFORE, the Defendant requests this Honorable Court to grant this motion and to continue or reset the in-person status hearing presently scheduled for December 8, 2023.

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this <u>6th</u> day of November 2023.

Respectfully submitted,

BY: <u>  s/s Joel DeFabio  </u>
JOEL DEFABIO, ESQUIRE
FL Bar No.: 0311529
201 Alhambra Circle, Suite 1200
Coral Gables, FL 33134
(305) 433-6191
jd@jdefabio.com