# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                               Plaintiff,

v.                                        Case No.: 1:23−cr−00169
                                       Honorable Sharon Johnson Coleman

Eldar Mata, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 14, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman as to James Baker (2): Status hearing held on 11/14/2023. Defendant's appearance is waived. Counsel for the government reported that discovery has been produced to defendant's counsel. An in−person status hearing is set for 1/17/2024 at 9:00 AM. Defendant's appearance is waived at the next status. Pretrial Services is to submit a written status report prior to the status date. Time is excluded to 1/17/2024 pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) with no objections. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.